David K. Caplan (State Bar No. 181174)
Matthew D. Klafter (State Bar No. 248136)
KEATS McFARLAND & WILSON, LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: dcaplan@kmwlaw.com
       mklafter@kmwlaw.com

Attorneys for Plaintiffs
Monkeys in Silk Productions, L.L.C. and
Michael Rotman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONKEYS IN SILK PRODUCTIONS, L.L.C., a California limited liability company; and MICHAEL ROTMAN, an individual,<br><br>                Plaintiffs,<br><br>        vs.<br><br>UNICORN VIDEO, INC. a Florida corporation; and WILLIAM SMITH, an individual,<br><br>                Defendants. | Case No.: 2:07-cv-07547-SVW-SH<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF UNICORN VIDEO, INC.**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>JS-6 |

1  The Court, having read and considered the parties' Stipulated Dismissal of
2  Unicorn Video, Inc., filed pursuant to Fed. R. Civ. P. 41(a), and good cause appearing
3  for the entry thereof, IT IS HEREBY ORDERED:
4  All claims alleged in this action against defendant Unicorn Video, Inc. are
5  hereby dismissed without prejudice.  The Court shall retain jurisdiction over this
6  action and the parties hereto, so that the Court may enter any order as is necessary and
7  proper for the construction of any agreements made between the parties, or for the
8  maintenance and adjudication of this action, including but not limited to the entry of a
9  Final Judgment pursuant to the terms of the parties' Litigation Settlement Agreement.

Dated: August 26, 2008

Hon. Stephen V. Wilson
United States District Judge